UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
    Plaintiff,

vs.

NURGUS HOLDING LLC and MIAMI
KOREAN KITCHEN LLC,
    Defendants.

Case No: 23-cv-23434-RNS

## **JOINT NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff, RUDOLPH BETANCOURT, and Defendants, NURGUS HOLDING LLC and MIAMI KOREAN KITCHEN LLC, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
    *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Adam S. Chotiner
Adam S. Chotine
Shapiro, Blasi, Wasserman & Hermann, P.A.
7777 Glades Road
Suite 400
Boca Raton, FL 33434
561-477-7800
Achotiner@sbwh.law

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
    *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com

s/ Ian Illych Martinez
Ian Illych Martinez, Esq.
Bello & Martinez, PLLC
2850 Douglas Road
Suite 303
Coral Gables, Florida 33134
Tel: (305) 442-7970
imartinez@bmrlawgroup.com